# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

MELVIN LEROY TYLER, et al., )
)
Petitioners, )
)
v. ) No. 4:08CV116 MLM
)
LARRY CRAWFORD, et al., )
)
Respondents. )

## MEMORANDUM AND ORDER

Before the Court are petitioners' motions for reconsideration of the Order of Dismissal, as well as petitioners' motions to proceed in forma pauperis on appeal. Also before the Court is petitioners' motions to "vacate, disaqualify judge, or in the alternative to issue a certificate of appealability." The Court will grant petitioners' motions to proceed in forma pauperis on appeal, but deny the remaining motions.

Accordingly,

**IT IS HEREBY ORDERED** that petitioners' motions to proceed in forma pauperis on appeal [Doc. #15 and #19] are **GRANTED**.

**IT IS FURTHER ORDERED** that petitioners' motions for reconsideration and/or to vacate the Order of Dismissal [Doc. #17 and #20] are **DENIED**.

**IT IS FURTHER ORDERED** that petitioners' motions to disqualify judge and/or for change of venue [Doc. #20 and 21] are **DENIED**.

**IT IS FURTHER ORDERED** that petitioners' motion for issuance of a certificate of appealability [Doc. #20] is **DENIED**.

Dated this 16th day of April, 2008.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE